BK: 873 PG: 226
Instrument #: 00001123

## ASSIGNMENT OF MORTGAGE

Regarding this instrument, contact Nationstar Mortgage, LLC, 4000 Horizon Way, Irving, TX 75063, telephone # 972-956-6320, which is responsible for receiving payments.
FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, SPRINGLEAF FINANCIAL SERVICES, INC., F/K/A AMERICAN GENERAL FINANCIAL SERVICES, INC., WHOSE ADDRESS IS 601 N.W. SECOND St., EVANSVILLE, IN, 47708, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to SPRINGLEAF HOME EQUITY, INC., WHOSE ADDRESS IS C/O 4000 HORIZON WAY, IRVING, TX 75063, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Mortgage is dated 08/24/2007, made by RONALD A. ROBICHAUD JR. AND DINA M. ROBICHAUD to AMERICAN GENERAL FINANCIAL SVS, INC., and recorded in the Land Evidence Records in the Town of CENTRAL FALLS, State of Rhode Island, in Book 716, Page 315 and Instrument # 00001721. Modification: DATED DATE 09/21/2012 REC DATE 02/27/2013 BK 826 PG 123 INST 00000193

Property is commonly known as: 79 SCHOOL STREET, CENTRAL FALLS, RI 02863.

IN WITNESS WHEREOF, SPRINGLEAF FINANCIAL SERVICES, INC., F/K/A AMERICAN GENERAL FINANCIAL SERVICES, INC. has hereunto set its hand on __8/27/2015 (MM/DD/YYYY).

By: /s/ Kristina Emmanouil
Kristina Emmanouil
VICE PRESIDENT

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

Received
Sep 11, 2015 12:03P
City of Central Falls, RI
Sonia M. Grace
City Clerk

Signed and delivered in the presence of:

/s/ Kimberly Samonte
Kimberly Samonte   Witness

STATE OF FLORIDA
COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me on __8/27/2015 (MM/DD/YYYY), by Kristina Emmanouil as VICE PRESIDENT of SPRINGLEAF FINANCIAL SERVICES, INC., F/K/A AMERICAN GENERAL FINANCIAL SERVICES, INC., who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

/s/ Nicole Baldwin
Nicole Baldwin
Notary Public - State of FLORIDA
Commission expires: 08/05/2016

Nicole Baldwin
Notary Public State of Florida
My Commission # EE 222285
Expires August 5, 2016

Document Prepared By: E.Lance/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152

When Recorded Return To:
Nationstar Mortgage LLC
C/O Nationwide Title Clearing, Inc. 2100 Alt. 19 North
Palm Harbor, FL 34683