BK: 960 PG: 74
Instrument #: 00001061

Recording Requested By:
NATIONSTAR MORTGAGE DBA MR. COOPER

When Recorded Return To:

DOCUMENT ADMINISTRATION
NATIONSTAR MORTGAGE DBA MR. COOPER
8950 CYPRESS WATERS BLVD
COPPELL, TX 75019

## CORPORATE ASSIGNMENT OF MORTGAGE

Central Falls City, Rhode Island
SELLER'S SERVICING #: ▓▓▓▓▓▓▓ "ROBICHAUD"

Date of Assignment: March 26th, 2019
Assignor: SPRINGLEAF HOME EQUITY, INC., BY NATIONSTAR MORTGAGE LLC, IT'S ATTORNEY-IN-FACT at 8950 CYPRESS WATERS BLVD, COPPELL, TX 75019
Assignee: ONEMAIN FINANCIAL SERVICES, INC. at 601 NW SECOND STREET, EVANSVILLE, IN 47708

Executed By: RONALD A. ROBICHAUD JR. AND DINA M ROBICHAUD To: AMERICAN GENERAL FINANCIAL SVS, INC.
Date of Mortgage: 08/24/2007 Recorded: 09/04/2007 in Book/Reel/Liber: 716 Page/Folio: 315 as Instrument No.: 00001721 In Central Falls City, State of Rhode Island.

Property Address: 79 SCHOOL STREET, CENTRAL FALLS, RI 02863

Legal: ************************POA RECORDING INFO****************************************
RECORDED: 07/31/2015
INSTRUMENT # 201507310029847

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $71,815.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

SPRINGLEAF HOME EQUITY, INC., BY NATIONSTAR MORTGAGE LLC, IT'S ATTORNEY-IN-FACT
On March 26th, 2019

By: _____
TSEDALE ALEMU, Vice-President

Received
Recorder of Deeds
Aug 14, 2019 09:48A
City of Central Falls, RI
Sonia M. Grace
City Clerk

STATE OF Texas
COUNTY OF Dallas

On March 26th, 2019, before me, DANIELA HORVATH, a Notary Public in and for Dallas in the State of Texas, personally appeared TSEDALE ALEMU, Vice-President, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
DANIELA HORVATH
Notary Expires: 01/27/2020 #128862890

DANIELA HORVATH
Notary Public, State of Texas
Comm. Expires 01-27-2020
Notary ID 128862890

(This area for notarial seal)

*KD3*KD3NATT*03/26/2019 10:29:57 AM* NATT01NATTA000000C ▓▓▓▓ *RI_CENT* ▓▓▓▓RISTATE_MORT_ASSIGN_ASSN *AC5*AC5NATT*